UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CECILIA HUDSON,<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET PACIFIC NORTHWEST LLC,<br><br>Defendant. | CASE NO. 2:26-cv-01057-JNW<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

After reviewing the parties' joint status report, Dkt. No. 9, the Court sets the following deadlines:

| **EVENT** | **DATE** |
|---|---|
| Deadline for joining additional parties | August 25, 2026 |
| Deadline to bring class certification discovery motions | March 23, 2027 |
| Deadline to file Motion for class certification | May 4, 2027 |
| Deadline to file Opposition to motion for class certification | June 1, 2027 |

| EVENT | DATE |
|---|---|
| Deadline to file Reply to motion for class certification | June 15, 2027 |
| Hearing on class certification | June 24, 2027 |

The Court will set further case scheduling deadlines after ruling on the motion for class certification. If the Court denies the class certification motion, any party may request an expedited trial date. These are firm dates that can be changed only by order of the Court, not by agreement of the parties. The Court will alter these dates only upon good cause shown.

If this case settles, counsel must notify Grant Cogswell, Courtroom Deputy, as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give the courtroom deputy prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 7th day of October 2026.

Joshua C. Lewis
Clerk
/s/ *Kathleen Albert*
Deputy Clerk